IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEFFREY L. YODER,<br>      Petitioner, | * |
| | * |
| v. | CIVIL ACTION NO. PJM-06-2224 |
| | * |
| JOSEPH I. CASSILLY,<br>      Respondent. | * |

******

## **MEMORANDUM OPINION**

The above-captioned action was filed with this Court on August 25, 2006. Petitioner states that a preliminary hearing was held on his state criminal charges on July 24, 2006, and that despite proving that "the officer lied 5 times in the statement," the Judge "found probable cause." Petitioner states he was indicted on August 22, 2006. He seeks to have this Court issue an Order releasing him on bail pending his state court criminal trial. Paper No. 1. Petitioner has also filed a Motion for Leave to Proceed in Forma Pauperis, which shall be granted pursuant to 28 U.S.C. § 1915(a).

Because Petitioner seeks to compel a certain action by the state and/or its agents, the Court concludes that the present matter is in the nature of a writ of mandamus. *See* 28 U.S.C. § 1361. Federal district courts have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or one of its agencies to perform a duty owed to a petitioner. The federal district court, however, has no mandamus jurisdiction over state employees and cannot compel the Maryland state courts to release him on bail pending trial. *See Gurley v. Superior Court of Mecklenburg County*, 411 F.2d 586, 586-87 (4th Cir. 1969). Therefore, Petitioner's request for mandamus relief shall be denied.

A separate Order shall be entered reflecting the Opinion set forth herein.

|  |  |
|---|---|
| Date: 9/7/06 | /s/<br>PETER J. MESSITTE<br>UNITED STATES DISTRICT JUDGE |